FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 09, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MARSHALL ALLEN COATS,

Plaintiff,

v.

FRED BREED, MADELEINE MADDIE WILLIAMSON, and DARYL SINGLETON,

Defendants.

No. 2:26-cv-384-EFS

**ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE/*IN FORMA PAUPERIS* REQUIREMENTS**

By Order filed October 5, 2026, the Court directed Plaintiff, an individual who was incarcerated when he filed his *pro se* civil rights complaint, to comply with the Prison Litigation Reform Act of 1995 (PLRA) by providing a certified copy of his inmate account statement(s)

for the **six months** immediately preceding September 2, 2026.[1] In the alternative, Plaintiff could have paid the $405.00 filing fee.[2]

On September 24, 2026, the correctional center law librarian notified the Court that Plaintiff had been moved, but Plaintiff did not notify the Court until October 9, 2026, of an updated mailing address in another case.[3] Plaintiff has not provided the inmate account statement required by 28 U.S.C. §1915(a)(2), as directed in this case. Plaintiff is proceeding *pro se*. Defendants have not been served.

For the reasons set forth above and in the Court's prior Order,[4] the Court dismisses this action without prejudice for failure to comply with the filing fee and *in forma pauperis* requirements of 28 U.S.C. §§ 1914 and 1915.

//

//

---

[1] *See* 28 U.S.C. § 1915(a)(2); ECF No. 6.

[2] ECF No. 6.

[3] *See* case No. 2:26-cv-333-EFS, ECF No. 10.

[4] ECF No. 6.

Accordingly, **IT IS HEREBY ORDERED:**

1. This action is **DISMISSED** without prejudice for failure to comply with the filing fee and *in forma pauperis* requirements of 28 U.S.C. §§ 1914 and 1915.

2. The Clerk's Office shall **CLOSE** the file.

3. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.

**IT IS SO ORDERED**. The Clerk's Office is directed to file this order, enter judgment, and provide copies to Plaintiff at his last known address**.**

DATED this 9th day of November 2026.

*Edward F. Shea*

EDWARD F. SHEA
Senior United States District Judge