AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 09, 2026

SEAN F. MCAVOY, CLERK

MARSHALL ALLEN COATS
*Plaintiff*
v.
FRED BREED, MADELEINE MADDIE WILLIAMSON, and DARYL SINGLETON
*Defendant*

Civil Action No. 2:26-cv-384-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* ____________ recover from the defendant *(name)* ____________ the amount of ____________ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus post judgment interest at the rate of ______ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ____________ recover costs from the plaintiff *(name)* ____________ .

☑ other: This action is DISMISSED without prejudice for failure to comply with the filing fee and in forma pauperis requirements of 28 U.S.C. §§ 1914 and 1915.

This action was *(check one)*:

❒ tried by a jury with Judge ____________ presiding, and the jury has rendered a verdict.

❒ tried by Judge ____________ without a jury and the above decision was reached.

☑ decided by Judge EDWARD F. SHEA

Date: 11/9/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*